UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-62681-COHN/SELTZER

TAL HILSON,

      Plaintiff,

vs.

LA CARRETA GROUP, INC., d/b/a
LA CARRETA RESTAURANT,

      Defendant.

_____ _____/

## NOTICE OF SETTLEMENT

Plaintiff, TAL HILSON, through undersigned counsel, and Defendant, LA CARRETA GROUP, INC., d/b/a LA CARRETA RESTAURANT, through undersigned counsel, hereby notify the Court that the parties are circulating a final draft of a written Settlement Agreement containing the terms and conditions of a full and final settlement of the instant action.

The parties respectfully request a ten (10) day extension of time to finalize said Settlement Agreement and within five (5) days of the execution of said Settlement Agreement, the Plaintiff will file a Joint Motion to Dismiss with Prejudice as to all claims asserted in this action with the reservation that this Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

                                    Respectfully submitted,

| | |
|---|---|
| MARK D. COHEN, P.A. | BLAXBERG,GRAYSON,KUKOFF & TWOMBLY, P.A. |
| Counsel for Plaintiff | Counsel for Defendant |
| Presidential Circle, Ste. #435 So. | Ingram Building, Ste. #730 |
| 4000 Hollywood Blvd. | 25 S.E. Second Ave. |
| Hollywood, Florida 33021 | Miami, Florida 33131 |
| Telephone: (954) 962-1166 | Telephone: (305) 381-7979, Ext. 312 |
| Florida Bar No. 347345 | Florida Bar No. 827126 |
| | |
| */s/ Mark D. Cohen*_____ | */s/ Ian J. Kukoff*_____ |
| MARK D. COHEN, ESQ. | IAN J. KUKOFF, ESQ. |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 9, 2014, I electronically filed the foregoing document with the

Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day

on counsel of record in this action via transmission of Notices of Electronic Filing generated by

CM/ECF.

MARK D. COHEN, P.A.
Counsel for Plaintiff
Presidential Circle, Ste. #435 So.
4000 Hollywood Blvd.
Hollywood, Florida 33021
Telephone: (954) 962-1166
Facsimile: (954) 962-1779

*/s/ Mark D. Cohen*
MARK D. COHEN, ESQ.