UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-62681-JIC

TAL HILSON,

        Plaintiff,

vs.

LA CARRETA GROUP, INC., a Florida
corporation d/b/a LA CARRETA RESTAURANT,

        Defendant.
_____/

## JOINT MOTION TO DISMISS CASE WITH PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff, TAL HILSON, and Defendant, LA CARRETA GROUP, INC., a Florida corporation d/b/a LA CARRETA RESTAURANT, by and through their respective counsel, hereby move this Honorable Court for an Order granting the dismissal with prejudice of this case with the Court retaining jurisdiction for enforcement purposes of the settlement agreement and in support thereof alleges as follows:

### FACTS

1. The parties have entered into a binding confidential Settlement Agreement which requires certain actions to be taken post-dismissal of the case.

2. There is no need for the case to be pending during this time period as it is the parties' belief the parties will comply with same subsequent hereto.

### MEMORANDUM OF LAW

Rule 41 of the Federal Rules of Civil Procedure allows for the Court to dismiss the case and retain jurisdiction for enforcement purposes. In re Anago Franchising v. Shaz,LLC, 677

Fed. 3rd 1272.

WHEREFORE, the parties hereto request this Court enter the attached Order allowing for the dismissal of the case with prejudice and the Court retaining jurisdiction of same.

DATED this 21st day of January, 2014.

Respectfully submitted,

MARK D. COHEN, P.A.
Counsel for Plaintiff
Presidential Circle, Ste. #435 So.
4000 Hollywood Blvd.
Hollywood, Florida 33021
Telephone: (954) 962-1166
Florida Bar No. 347345

___/s/ Mark D. Cohen_____
MARK D. COHEN, ESQ.


BLAXBERG, GRAYSON, KUKOFF & TWOMBLY, P.A.
Counsel for Defendant
Ingram Building, Ste. #730
25 S.E. Second Ave.
Miami, Florida 33131
Telephone: (305) 381-7979, Ext. 312
Florida Bar No. 827126

____/s/ Ian J. Kukoff_____
IAN J. KUKOFF, ESQ.