UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62681-CIV-COHN/SELTZER

TAL HILSON,

    Plaintiff,

v.

LA CARRETA GROUP, INC.,
d/b/a La Carreta Restaurant,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Dismiss Case with Prejudice [DE 16].  The Court having reviewed this Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Joint Motion to Dismiss Case with Prejudice [DE 16] is **GRANTED**;

2.     The above-styled action is **DISMISSED WITH PREJUDICE**;

3.     The Court retains jurisdiction to enforce the parties' settlement agreement; and

4.     The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of January, 2014.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF